**MEMO ENDORSED**

# Proskauer»
Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

June 12, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **6-30-20**

William C. Komaroff
Partner
d 212.969.3975
f 212.969.2900
wkomaroff@proskauer.com
www.proskauer.com

**VIA ECF**

Newly Assigned United States District Judge
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Hector Toledo-Fuentes, 09-CR-860

Respectfully Submitted to the Judge Reassigned to This Matter:

I represent Hector Toledo-Fuentes in the above captioned matter and submit this letter motion to request early termination of Mr. Toledo-Fuentes' supervised release.

In 2010, Mr. Toledo-Fuentes pled guilty to his participation in a non-violent drug offense and was sentenced to a mandatory minimum term of 120 months' imprisonment to be followed by five years of supervised release. He was released from prison on August 24, 2017 to a halfway house and thereafter began supervised release in February 2018. Since then, Mr. Toledo-Fuentes has been a model supervisee. He has maintained steady employment as a truck driver since shortly after his release from prison, has never tested positive for drug use and has otherwise been in full compliance with the terms of his supervised release.

I have conferred with Assistant U.S. Attorney Danielle Kudla who indicated that the government consents to the early termination request.

Respectfully,

*William C. Komaroff*

William C. Komaroff

cc:   Danielle M. Kudla, Assistant U.S. Attorney (via email)
      Jorge Vargas, U.S. Probation Officer, District of Connecticut (via email)

The application is ✓ granted.
                  ___ denied.

*Andrew L. Carter Jr.*
Andrew L. Carter Jr, U.S.D.J.
Dated: 6-30-20
       NY, New York